**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge John L. Kane**

Civil Action No. 11-cv-00602-JLK

DIANE L. BALLOTTI,

    Plaintiff,

OPPENHEIMERFUNDS, INC., a New York Corporation,
OPPENHEIMERFUNDS DISTRIBUTOR, INC., a New York Corporation, and
ANGELO MANIOUDAKIS,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR STAY

This above-entitled matter comes before the Court on the Defendants' Unopposed Motion For Stay(doc. #18), filed February 15, 2012.  The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby **GRANTS** the Motion.  This matter is stayed through and including Friday April 13, 2012.  If the Parties have not filed a dismissal by that date, the Parties shall submit a Joint Status Report on April 13, 2012.

DONE this 15th day of February, 2012.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court